%JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**   Category No. __I__   Investigating Agency __FBI/IRS__

**City** __Boston__   **Related Case Information:**

**County** __Suffolk__
Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number   __13:MJ:2168-2170, 2172-MBB__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   __Edward J. MACKENZIE, Jr.__   Juvenile:   ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name _____

Address   (City & State) __Boston and Weymouth, MA__

Birth date (Yr only): __1958__   SSN (last 4#): __7224__   Sex __M__   Race: __White__   Nationality: __U.S.__

**Defense Counsel if known:**   __Edward V. Colbert, III__   Address __Looney & Grossman LLP__

**Bar Number** _____   __101 Arch Street Boston, MA 02110__

**U.S. Attorney Information:**

**AUSA**   __Zachary R. Hafer & Dustin Chao__   Bar Number if applicable _____

**Interpreter:**   ☐ Yes  ☑ No   List language and/or dialect: _____

**Victims:**   ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☑ No

**Matter to be SEALED:**   ☑ Yes  ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   ☑ Felony __14__

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: May 21, 2013   Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    Edward J. MACKENZIE, JR.

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 1962(d) | RICO conspiracy | 1 |
| Set 2 | 18 USC 1962(c) | Racketeering | 2 |
| Set 3 | 18 USC 1349 | Mail Fraud Conspiracy | 3, 4 |
| Set 4 | 18 USC 1956(h) | Money Laundering Conspiracy | 5 |
| Set 5 | 18 USC 1951 | Extortion | 6 |
| Set 6 | 18 USC 1343 | Wire Fraud | 7, 8, 9, 10, 11, 12, 13, 14 |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____