UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Crim. No. 13-10149-FDS |
| | ) | |
| v. | ) | |
| | ) | |
| (1) EDWARD J. MACKENZIE, JR., | ) | **FILED UNDER SEAL** |
| | ) | |
| Defendant. | ) | |

## MOTION TO UNSEAL

The government respectfully moves the Court to unseal the Indictment in this matter.   As grounds for this motion, the government states that the defendant has been arrested and there is thus no reason for the Indictment to remain sealed.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: _____
Zachary R. Hafer
Dustin Chao
Assistant U.S. Attorneys

Dated:    May 22, 2013

*May 22, 2013. Allowed - Hanieme B. Bowler, USMJ*