AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

FILED
IN CLERKS OFFICE
2013 MAY 23 P 1:50
U.S. DISTRICT COURT
DISTRICT OF MASS.

United States of America
v.
EDWARD J. MACKENZIE, JR.

Case No. 13cr10149 FDS

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   EDWARD J. MACKENZIE, JR.,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d), RICO conspiracy; 18 U.S.C. § 1962(c) – racketeering; 18 U.S.C. § 1349 - mail fraud conspiracy; 18 U.S.C. § 1956(h)- money laundering conspiracy; 18 U.S.C. § 1951 - extortion; 18 U.S.C. § 1343 - wire fraud

at 1:12 pm

Date:   05/21/2013

City and state:   Boston, MA

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210

*Issuing officer's signature*

Hon. Robert B. Collings, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____   WARRANT EXECUTED BY FBI<br>ARREST/ARRAIGNMENT OF THE<br>DEFENDANT ON 5/22/2013   _____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |

6