UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>vs. )<br>) 1:13-cr-10149-FDS<br>)<br>EDWARD J. MACKENZIE, JR. )<br>)<br>Defendant. ) | |

## MOTION TO WITHDRAW

The undersigned counsel for the defendant, Edward J. Mackenzie, Jr., hereby moves to withdraw from representation in this matter pursuant to this Court's Order of May 28, 2013, wherein the Court appointed Robert Griffin as counsel for the defendant.

May 29, 2013
/s/ Edward V. Colbert III
Edward V. Colbert III (BBO #566187)
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA  02110
(617) 951-2800
ecolbert@lgllp.com

## CERTIFICATE OF SERVICE

I, Edward V. Colbert III, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 29, 2013.

/s/ Edward V. Colbert III

4824-9360-7188, v. 1