UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)      Crim No. 13-cr-10149-FDS<br>EDWARD MACKENZIE, )<br>Defendant. )<br>) | |

### DEFENDANT'S ASSENTED-TO MOTION TO CONTINUE
### DETENTION HEARING

NOW COMES, the Defendant, the above-captioned matter and moves this Honorable Court to continue the Defendant's detention hearing now scheduled for June 26, 2013.

As grounds therefore counsel for the Defendant is on trial before the Honorable Justice Richard Chin in the Plymouth County Superior Court at Brockton. The trial commenced May 29, 2013 in the matter of *Commonwealth v. Orlando Kavanaugh and Terrell Nicholas*. The parties respectfully request a date during the week of July 15, 2013.

WHEREFORE, for the aforementioned reasons, the Defendant respectfully moves this Honorable Court to continue the June 26th Hearing in this matter to a date in the week of July 15, 2013.

Respectfully Submitted:

EDWARD MACKENZIE
By and through his Attorney:

*/s/ Robert Griffin*
Robert M. Griffin
BBO No. 553893
rgriffin@dharlawllp.com



1600 Providence Highway
Walpole, MA 02081
Office: 508.922.9794

**CERTIFICATE OF SERVICE**

    I, Robert M. Griffin, hereby certify that a true and accurate copy of this document, and all supporting documents, if any, have been delivered by ECF upon all parties registered with CM/ECF in this matter on the date below.

*/s/ Robert Griffin*
Vikas S. Dhar, BBO No. 553893

Dated: June 25, 2013