AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____ MASSACHUSETTS _____

UNITED STATES

V.

EDWARD J. MACKENZIE Jr.

**EXHIBIT AND WITNESS LIST**

Case Number: 13-CR-10149-FDS

| PRESIDING JUDGE<br>Judge Bowler | PLAINTIFF'S ATTORNEY<br>D. Chao | DEFENDANT'S ATTORNEY<br>R. Griffin |
|---|---|---|
| TRIAL DATE (S)<br>07/16/2013 | COURT REPORTER<br>Digital | COURTROOM DEPUTY<br>B. Garvin |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 7/16/2013 |  |  | Government calls Jennifer Bukar |
| 1 |  | 7/16/2013 | x | x | Power point slides |
| 2 |  | 7/16/2013 | x | x | Jenks Material numbered 1-106 |
|  | A | 7/16/2013 | x | x | Packet of certificates re: Edward MacKenzie |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages