To whom it may concern( Feb 7, 2014

I am currently being detained at Wyatt
Detention Facility at 950 High St, Central Falls
R.I. ~~MA~~. 02863.

My Fed # is 17938-038

Docket # is 1:13-CR-10149-FDS

Would it be possible to get a copy of
my Docket sheets.

Thank you

Edward MacKenzie
17938-038
Wyatt Detention Facility
950 High St
Central Falls, MA
02863