UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES of AMERICA )<br>)<br>v. )<br>)<br>EDWARD J. MACKENZIE, )<br>)<br>Defendant. )<br>) | Criminal No.<br>13-10149-FDS-1 |

## ORDER OF EXCLUDABLE TIME

**SAYLOR, J.**

On March 26, 2014, the parties appeared before the Court for a status conference. Counsel for defendant indicated that he would be filing a motion to dismiss the indictment on May 1, 2014. The government said it would respond by May 15, 2014. The Court scheduled a hearing on the motion for May 23, 2014, and counsel for both parties agreed to the exclusion of time.

The Court finds that "the ends of justice served by granting [the continuance] outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Therefore, the period of time from March 26, 2014, through May 23, 2014, shall be excludable under the Speedy Trial Act.

**So Ordered.**

    /s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: March 26, 2014