UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>EDWARD MACKENZIE, )<br>Defendant. ) | Crim. No. 13-cr-10149-FDS |

## **DEFENDANT'S MOTION FOR APPOINTMENT OF NEW COUNSEL**

NOW COMES, the Defendant, Edward Mackenzie and moves this Honorable Court to allow Attorney Robert Griffin to withdraw as counsel for the defendant and appoint new counsel to represent the Defendant. As grounds therefore the defendant avers that a breakdown in the attorney client relationship has occurred, the defendant further states that this breakdown in the attorney client relationship is irretrievable.

Respectfully Submitted:

EDWARD MACKENZIE
By and through his Attorneys:

*/s/ Robert M. Griffin*
Robert M. Griffin, BBO No. 553893
rgriffin@dharlawllp.com



71 Park Street
Norfolk, MA 02056
Mobile: 508.922.9794
Fax: 617.880.6160

Dated: April 22, 2014

## CERTIFICATE OF SERVICE

I, Robert Griffin, hereby certify that a true and accurate copy of this document, and all supporting documents, if any, have been delivered by ECF upon all parties registered with CM/ECF in this matter on the date above.

*/s/ Robert M. Griffin*
Robert M. Griffin, BBO No. 553893
