Case 1:13-cr-10149-FDS   Document 81-3   Filed 07/24/14   Page 1 of 2

# EXHIBIT C



U.S. Department of Justice

*Carmen M. Ortiz*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

February 14, 2014

Robert M. Griffin, Esq.
DharLaw LLP
Two Atlantic Avenue, 4th Floor
Boston, MA 02110
(617) 880-6155

    Re:    United States v. Edward J. MacKenzie, Jr.
            Criminal No. 13-CR-10149 (FDS)

Dear Mr. Griffin:

    As we discussed, although we are under no legal obligation to do so, in order to facilitate resolution of this case and on the agreed-upon condition that you will not a leave a copy of these materials with your client, we enclose herein at Bates Nos. U.S. v. MACKENZIE 003013 – 003401 redacted copies of some of the grand jury transcripts in this case.

    Please call us at (617) 748-3106 if you have any questions.

                                    Very truly yours,

                                    CARMEN M. ORTIZ
                                    United States Attorney

            By:    _____
                            ZACHARY R. HAFER
                            DUSTIN CHAO
                            Assistant U.S. Attorneys

enclosures