# EXHIBIT D

**From:** rgriffinlaw@gmail.com [mailto:rgriffinlaw@gmail.com] **On Behalf Of** Robert Griffin
**Sent:** Tuesday, June 24, 2014 5:43 PM
**To:** Chao, Dustin (USAMA)
**Subject:** Re: Evidence return - Item #31

I will be in the building tomorrow. I'll pick it up.

On Jun 24, 2014 5:40 PM, "Chao, Dustin (USAMA)" <Dustin.Chao@usdoj.gov> wrote:
Bob –

I know you have been swamped and have been unable to come to us or the FBI to personally review the electronic evidence/data available for your review.  However, I was informed that FBI made a forensic copy of Item #31 (which, consists of a Cell phone, Optima 56GB, Thumbdrive, Sim Card, External Hard drive).

Item #31 is available for you to pick up at our Office tomorrow, or I can have it sent FEDEX to whatever location you wish.

Please let me know your preference.  Thanks –

Dustin

Dustin Chao
U.S. Attorney's Office - District of Massachusetts
1 Courthouse Way
Suite 9200
Boston, MA 02210
(617) 748-3227