

**U.S. Department of Justice**

*Carmen M. Ortiz*
*United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

October 14, 2014

Robert M. Griffin, Esq.
DharLaw LLP
Two Atlantic Avenue, 4th Floor
Boston, MA 02110

Re: *United States v. Edward J. MacKenzie, Jr.*, 13-10049-FDS

Dear Mr. Griffin:

This letter memorializes the discussions you have had with Zachary Hafer and Dustin Chao of the United States Attorney's Office regarding the resolution of this case against your client, Edward J. MacKenzie, Jr. As consideration for your client's agreement to plead guilty to all counts but Count Six of the Indictment in this case, the government agrees to dismiss, 30 days after sentencing, Count Six (Carpenter #2 Extortion) and the related Racketeering Act Number 10 (Carpenter #2 Extortion) from Count Two of the Indictment. The government also agrees that, pursuant to USSG § 3E1.1, your client is entitled to a three-level reduction for acceptance of responsibility.

This constitutes the full and complete agreement of the parties in connection with the resolution of this case.

Very truly yours,

CARMEN M. ORTIZ
United States Attorney

By: _____
CYNTHIA A. YOUNG,
Chief, Criminal Division

Acknowledged and agreed to:

_____
Edward J. MacKenzie, Jr.

10-20-14
Date

_____
Robert M. Griffin, Esq.
Counsel for Edward J. MacKenzie, Jr.

10/20/14
Date