# United States Court of Appeals
## For the First Circuit

No. 15-1363

UNITED STATES

Appellee

v.

EDWARD J. MACKENZIE, JR.

Defendant - Appellant

**JUDGMENT**

Entered: June 10, 2015
Pursuant to 1st Cir. R. 27.0(d)

By order dated April 30, 2015 appellant was directed to show cause in writing as to why this appeal should not be dismissed as duplicative of Appeal No. 15-1339. Appellant was warned that failure to respond by May 14, 2015 would lead to dismissal for lack of diligent prosecution.

Appellant having failed to file a timely response, it is hereby ordered that the above-captioned appeal be dismissed in accordance with Local Rule 3.0(b). Defendant's appeal shall proceed under No. 15-1339.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Robert M. Griffin
Edward J. MacKenzie Jr.
Zachary R. Hafer
Dina Michael Chaitowitz
Dustin Ming Chao