To Whom it May Concern:          June 24, 2019

Please update my address for the court
To.     F.M.C. Devens Camp
        P.O. Box 879
        Ayer, MA. 01432-0879

Also, Because I was in transit, please
Send me my updated Docket, so I can see
the status of my pending Motions with
the court.

Thank you for your help with
this Request.

Sincerely Yours
Edward Mackenzie
Edward MacKenzie
17938-038

FILED
IN CLERKS OFFICE
2019 JUN 27 PM 12: 09
U.S. DISTRICT COURT
DISTRICT OF MASS.