UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|                              )
UNITED STATES OF AMERICA      )
                              )
v.                            )   CRIMINAL NO. 13-10149-FDS
                              )
EDWARD MACKENZIE,             )
    Defendant              )

## MOTION FOR APPOINTMENT AS CJA COUNSEL

Undersigned counsel, *Jeffrey Miller*, respectfully moves this Honorable Court, pursuant to 18 U.S.C. § 3006A(c) and this Court's General Order 20-17, for an order appointing him as CJA counsel for the purposes of determining Defendant Edward MacKenzie's potential eligibility for early release and, if appropriate, seeking such relief.

In support of this Motion, counsel states as follows:

1. On April 23, 2020, the Federal Defender's Office referred this matter to undersigned counsel pursuant to General Order, 20-17, *In re: Coronavirus Public Emergency*.

2. The Federal Defender's Office requested counsel seek appointment pursuant to 18 U.S.C. § 3006A(c).

3. On April 13, 2020, the Defendant filed a *pro se* Emergency Motion for Modification of Sentence Pursuant to Amended 18 U.S.C. § 3582(c)(1)(A)(i). As a result, the United States Attorney's Office notified the Federal Defender's Office pursuant to General Order 20-17, ¶ 12.

4. On April 21, 2020, the government filed an opposition to the Defendant's motion.

5. Mr. MacKenzie was previously represented by Attorney Robert Griffin.

6. Undersigned counsel is admitted to practice before the United States District Court, Massachusetts District and is therefore eligible for appointment pursuant to General Order 20-17, 7(b).

7. Appointment will permit counsel to access Mr. MacKenzie's presentence report, pursuant to General Order 20-17, ¶ 1, to assist in making a determination whether Mr. MacKenzie may be eligible for early release.

Based on the foregoing, undersigned counsel respectfully requests this Honorable Court appoint him as CJA counsel in accordance with 18 U.S.C. § 3006A and this Court's General Order 20-17.

Dated: April 23, 2020

Edward MacKenzie
By his attorney,

/s/Jeffrey Miller
Jeffrey Miller
Law Office of Jeffrey Miller
60 Leo Birmingham Pkwy., Suite 103
Boston, MA 02135
(617) 482-5799
BBO# 670561

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered parties on April 23, 2020.

/s/Jeffrey Miller