# United States Court of Appeals
## For the First Circuit

No. 17-2191

EDWARD J. MACKENZIE, JR.

Petitioner - Appellant

v.

UNITED STATES

Respondent - Appellee

**MANDATE**

Entered: November 2, 2020

In accordance with the judgment of September 11, 2020, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

Maria R. Hamilton, Clerk


cc:
Dustin Ming Chao
Zachary R. Hafer
Donald Campbell Lockhart
Edward J. MacKenzie Jr.
Elysa Q. Wan