

## Individualized Reentry Plan - Program Review (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons

SEQUENCE: 00403947
Team Date: 05-19-2020

Plan is for inmate: MACKENZIE, EDWARD J JR  17938-038

| | | | |
|---|---|---|---|
| Facility: | DEV DEVENS FMC | Proj. Rel. Date: | 08-12-2023 |
| Name: | MACKENZIE, EDWARD J JR | Proj. Rel. Mthd: | GCT REL |
| Register No.: | 17938-038 | DNA Status: | FTD11966 / 04-21-2015 |
| Age: | 61 | | |
| Date of Birth: | 06-07-1958 | | |

### Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| DEV | CMP F/S AM | CAMP FOOD SVC AM | 07-18-2019 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| DEV | ESL HAS | ENGLISH PROFICIENT | 05-04-2015 |
| DEV | GED HAS | COMPLETED GED OR HS DIPLOMA | 05-04-2015 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| DEV SCP | C | FPC ACE HIST.OF VIETNAM WAR | 12-16-2019 | 04-16-2020 |
| DEV SCP | C | HISTORY OF JAZZ ACE CLASS/PT.2 | 11-20-2019 | 02-04-2020 |
| DEV SCP | C | UNDERSTANDING RESTAURANT | 10-30-2019 | 01-15-2020 |
| DEV SCP | C | WONDERS OF THE WORLD ACE | 10-24-2019 | 01-24-2020 |
| DEV SCP | C | BUSINESS OF FITNESS/RPP1/HLTH | 01-01-2020 | 04-06-2020 |
| DEV SCP | C | ACE NAT.GEOGRAPH.PT.2 | 11-20-2019 | 01-31-2020 |
| DEV SCP | C | AMERICAN LIVES | 11-27-2019 | 01-27-2020 |
| DEV SCP | C | ACE SCENIC RAILWAYS | 12-17-2019 | 01-21-2020 |
| DEV SCP | C | FPC DEVENS HEALTH FAIR-2014 | 01-31-2020 | 01-31-2020 |
| DEV SCP | C | HISTORY OF JAZZ ACE CLASS/PT.1 | 08-12-2019 | 11-20-2019 |
| DEV SCP | C | ACE/HISTORY OF U.S. WEST | 10-14-2019 | 01-06-2020 |
| DEV SCP | C | ACE GENIUS MINDS CLASS/FPC | 11-19-2019 | 01-02-2020 |
| DEV SCP | C | ACE NAT.GEOGRAPH.PT.1 | 09-18-2019 | 11-20-2019 |
| DEV SCP | C | WEIGHT MANAGEMENT RPP1/HLTH | 10-22-2019 | 01-10-2020 |
| DEV SCP | C | DIABETES WELLNESS CLASS/CAMP | 10-22-2019 | 01-06-2020 |
| DEV SCP | C | IMMUNITY AND NUTRITION CLASS | 10-21-2019 | 01-02-2020 |
| DEV SCP | C | WONDERS OF THE WORLD ACE | 08-23-2019 | 10-25-2019 |
| DEV SCP | C | ACE WAR HERO SHIPS | 07-31-2019 | 10-23-2019 |
| DEV SCP | C | ACE BLACK ACHIEVEMENT | 07-15-2019 | 10-07-2019 |
| DEV SCP | C | ACE CELTIC LEGENDS/CAMP | 06-20-2019 | 07-08-2019 |
| FTD GP | C | THE CIVIL WAR - WEST | 01-08-2018 | 04-21-2019 |
| FTD GP | C | CAPITAL MARKETS 1 | 01-12-2017 | 03-30-2017 |
| FTD GP | C | US CONSTITUTION - WEST | 01-10-2017 | 03-27-2017 |
| FTD GP | C | CAPITAL MARKETS III - WEST | 10-10-2016 | 01-10-2017 |
| FTD GP | C | INTRO TO US GOVERNMENT - WEST | 10-03-2016 | 01-06-2017 |
| FTD GP | C | INTRO TO HUMAN ANATOMY - WEST | 07-05-2016 | 10-05-2016 |
| FTD GP | C | KNOW YOUR COOKING INGREDIENTS | 07-05-2016 | 10-05-2016 |
| FTD GP | C | CAPITAL MARKETS II - WEST | 07-05-2016 | 10-05-2016 |
| FTD GP | C | WESTERN CIVILIZATION I - WEST | 04-07-2016 | 06-23-2016 |
| FTD GP | C | SMALL BUSINESS TECHNOLOGY- | 04-06-2016 | 06-22-2016 |
| FTD GP | C | PUBLIC SPEAKING - WEST | 04-10-2016 | 06-26-2016 |
| FTD GP | C | ACE PHYSICS OPERATIONS PART 4 | 01-04-2016 | 03-26-2016 |
| FTD GP | C | MORE ADVANCED PHYSICS | 04-06-2016 | 05-18-2016 |
| FTD GP | C | REAL ESTATE 2 | 01-05-2016 | 03-26-2016 |
| FTD GP | C | ACE CLASS IN BUSINESS MATH | 01-09-2016 | 03-26-2016 |
| FTD GP | C | ACE SMALL BUSINESS SERIES MON | 01-07-2016 | 03-26-2016 |
| FTD GP | C | ADVANCED MARKETING | 01-06-2016 | 03-26-2016 |

*Exhibit: 1*





## Individualized Reentry Plan - Program Review  (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: MACKENZIE, EDWARD J JR   17938-038

SEQUENCE: 00403947
Team Date: 05-19-2020

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| FTD GP | C | HISTORY OF THE 7 YEAR WAR | 01-10-2016 | 03-26-2016 |
| FTD GP | C | LEAN 6 SIGMA BASICS | 10-20-2015 | 10-21-2015 |
| FTD GP | C | BEG OSHA RULES AND REGULATIONS | 07-12-2015 | 09-27-2015 |
| FTD GP | C | INTRO TO U.S. GOVT SAT AFTERN | 07-08-2015 | 09-16-2015 |
| FTD GP | C | ACE CLASS IN GREEN SYSTEMS | 07-07-2015 | 09-22-2015 |
| FTD GP | C | COMMERCIAL WIRING 2 | 07-06-2015 | 09-21-2015 |
| FTD GP | C | ACE ATTITUDE & RESPONSIBILITY | 05-11-2015 | 07-06-2015 |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS **

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 05-05-2015 |
| CARE2 | STABLE, CHRONIC CARE | 07-31-2015 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| NO PAPER | NO PAPER MEDICAL RECORD | 06-20-2019 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 06-20-2019 |
| YES F/S | CLEARED FOR FOOD SERVICE | 06-26-2019 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DAP REFER | DRUG ABUSE PROGRAM REFER | 03-16-2020 |
| ED PART R | DRUG EDUCATION PARTICIPNT-REQD | 03-05-2020 |
| NR PART | NRES DRUG COUNSEL PARTICIPANT | 05-14-2020 |

### FRP Details

Most Recent Payment Plan

| FRP Assignment: | PART | FINANC RESP-PARTICIPATES | Start: 04-30-2015 |
|---|---|---|---|
| Inmate Decision: | AGREED | $36.00 | Frequency: MONTHLY |
| Payments past 6 months: | $255.00 | Obligation Balance: $751,839.74 | |

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status | |
|---|---|---|---|---|---|---|
| 1 | ASSMT | $1,300.00 | $0.00 | IMMEDIATE | COMPLETEDZ | |
| | Adjustments: | Date Added | Facl | Adjust Type | Reason | Amount |
| | | 04-10-2020 | DEV | REFUND | PRIOR RFND | $50.00 |
| 2 | REST FV | $754,569.74 | $751,839.74 | IMMEDIATE | AGREED | |
| | Adjustments: | Date Added | Facl | Adjust Type | Reason | Amount |
| | | 05-09-2020 | DEV | PAYMENT | INSIDE PMT | $36.00 |
| | | 04-11-2020 | DEV | PAYMENT | INSIDE PMT | $36.00 |
| | | 03-10-2020 | DEV | PAYMENT | INSIDE PMT | $36.00 |
| | | 02-11-2020 | DEV | PAYMENT | INSIDE PMT | $36.00 |
| | | 01-11-2020 | DEV | PAYMENT | INSIDE PMT | $36.00 |
| | | 12-10-2019 | DEV | PAYMENT | INSIDE PMT | $25.00 |

**Payment Details**

Trust Fund Deposits - Past 6 months:   $ N/A          Payments commensurate ?   N/A

New Payment Plan:         ** No data **

### Progress since last review

Inmate MacKenzie did not enroll and complete ACE National Parks or Business Pet Care Vocational class, as previously recommended. He obtained a state issued photo id since his last review.

### Next Program Review Goals

Inmate MacKenzie is encouraged to enroll and complete the following classes prior to his next review in November 2020: ACE Problem



**Individualized Reentry Plan - Program Review (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: MACKENZIE, EDWARD J JR   17938-038

SEQUENCE: 00403947
Team Date: 05-19-2020

Solving 1; ACE Banking Basics; ACE Job Applications; and ACE Mental Math.

**Long Term Goals**

Inmate MacKenzie is encouraged to complete the Release Orientation Program (ROP) by January 2023.

**RRC/HC Placement**

**Comments**

** No notes entered **



Exhibit: 3

```
   DEVQR           *         INMATE EDUCATION DATA        *      05-18-2020
PAGE 001           *              TRANSCRIPT              *       14:20:59

REGISTER NO: 17938-038    NAME..: MACKENZIE                 FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: DEV-DEVENS FMC

------------------------- EDUCATION INFORMATION ----------------------------
FACL ASSIGNMENT DESCRIPTION              START DATE/TIME  STOP DATE/TIME
DEV  ESL HAS   ENGLISH PROFICIENT        05-04-2015 1000  CURRENT
DEV  GED HAS   COMPLETED GED OR HS DIPLOMA 05-04-2015 1200  CURRENT

-------------------------- EDUCATION COURSES ------------------------------
SUB-FACL  DESCRIPTION                     START DATE  STOP DATE  EVNT AC LV  HRS
DEV SCP   FPC ACE HIST.OF VIETNAM WAR     12-16-2019  04-16-2020  P   C  P   18
DEV SCP   HISTORY OF JAZZ ACE CLASS/PT.2  11-20-2019  02-04-2020  P   C  P   10
DEV SCP   UNDERSTANDING RESTAURANT MNGT   10-30-2019  01-15-2020  P   C  P   12
DEV SCP   WONDERS OF THE WORLD ACE CLASS  10-24-2019  01-24-2020  P   C  P   10
DEV SCP   BUSINESS OF FITNESS/RPP1/HLTH   01-01-2020  04-06-2020  P   C  P   10
DEV SCP   ACE NAT.GEOGRAPH.PT.2           11-20-2019  01-31-2020  P   C  P   10
DEV SCP   AMERICAN LIVES                  11-27-2019  01-27-2020  P   C  P   20
DEV SCP   ACE SCENIC RAILWAYS             12-17-2019  01-21-2020  P   C  P    6
DEV SCP   FPC DEVENS HEALTH FAIR-2014     01-31-2020  01-31-2020  P   C  P    2
DEV SCP   HISTORY OF JAZZ ACE CLASS/PT.1  08-12-2019  11-20-2019  P   C  P   10
DEV SCP   ACE/HISTORY OF U.S. WEST        10-14-2019  01-06-2020  P   C  P   12
DEV SCP   ACE GENIUS MINDS CLASS/FPC      11-19-2019  01-02-2020  P   C  P    8
DEV SCP   ACE NAT.GEOGRAPH.PT.1           09-18-2019  11-20-2019  P   C  P   10
DEV SCP   WEIGHT MANAGEMENT RPP1/HLTH     10-22-2019  01-10-2020  P   C  P   10
DEV SCP   DIABETES WELLNESS CLASS/CAMP    10-22-2019  01-06-2020  P   C  P   10
DEV SCP   IMMUNITY AND NUTRITION CLASS    10-21-2019  01-02-2020  P   C  P   10
DEV SCP   WONDERS OF THE WORLD ACE CLASS  08-23-2019  10-25-2019  P   C  P   10
DEV SCP   ACE WAR HERO SHIPS              07-31-2019  10-23-2019  P   C  P   14
DEV SCP   ACE BLACK ACHIEVEMENT           07-15-2019  10-07-2019  P   C  P   16
DEV SCP   ACE CELTIC LEGENDS/CAMP         06-20-2019  07-08-2019  P   C  P    6
FTD GP    THE CIVIL WAR - WEST            01-08-2018  04-21-2019  P   C  P   24
FTD GP    CAPITAL MARKETS 1               01-12-2017  03-30-2017  P   C  P   24
FTD GP    US CONSTITUTION - WEST          01-10-2017  03-27-2017  P   C  P   24
FTD GP    CAPITAL MARKETS III - WEST      10-10-2016  01-10-2017  P   C  P   24
FTD GP    INTRO TO US GOVERNMENT - WEST   10-03-2016  01-06-2017  P   C  P   24
FTD GP    INTRO TO HUMAN ANATOMY - WEST   07-05-2016  10-05-2016  P   C  P   24
FTD GP    KNOW YOUR COOKING INGREDIENTS   07-05-2016  10-05-2016  P   C  P   24
FTD GP    CAPITAL MARKETS II - WEST       07-05-2016  10-05-2016  P   C  P   24
FTD GP    WESTERN CIVILIZATION I - WEST   04-07-2016  06-23-2016  P   C  P   24
FTD GP    SMALL BUSINESS TECHNOLOGY-WEST  04-06-2016  06-22-2016  P   C  P   24
FTD GP    PUBLIC SPEAKING - WEST          04-10-2016  06-26-2016  P   C  P   24
FTD GP    ACE PHYSICS OPERATIONS PART 4   01-04-2016  03-26-2016  P   C  P   24
FTD GP    MORE ADVANCED PHYSICS           04-06-2016  05-18-2016  P   C  P   24
FTD GP    REAL ESTATE 2                   01-05-2016  03-26-2016  P   C  P   24
FTD GP    ACE CLASS IN BUSINESS MATH      01-09-2016  03-26-2016  P   C  P   24
FTD GP    ACE SMALL BUSINESS SERIES MON   01-07-2016  03-26-2016  P   C  P   24
FTD GP    ADVANCED MARKETING              01-06-2016  03-26-2016  P.  C  P   24
FTD GP    HISTORY OF THE 7 YEAR WAR       01-10-2016  03-26-2016  P   C  P   24
FTD GP    LEAN 6 SIGMA BASICS             10-20-2015  10-21-2015  P   C  F   16
FTD GP    BEG OSHA RULES AND REGULATIONS  07-12-2015  09-27-2015  P   C  P   24

G0002         MORE PAGES TO FOLLOW . . .
```

Exhibit: 4

```
 DEVQR            *         INMATE EDUCATION DATA        *    05-18-2020
PAGE 002 OF 002   *             TRANSCRIPT               *    14:20:59

REGISTER NO: 17938-038    NAME..: MACKENZIE              FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: DEV-DEVENS FMC

------------------------------ EDUCATION COURSES ------------------------------
                                          START DATE  STOP DATE  EVNT AC LV  HRS
SUB-FACL  DESCRIPTION
FTD GP    INTRO TO U.S. GOVT SAT AFTERN   07-08-2015 09-16-2015   P   C  P   24
FTD GP    ACE CLASS IN GREEN SYSTEMS      07-07-2015 09-22-2015   P   C  P   24
FTD GP    COMMERCIAL WIRING 2             07-06-2015 09-21-2015   P   C  P   24
FTD GP    ACE ATTITUDE & RESPONSIBILITY   05-11-2015 07-06-2015   P   C  P   20
```


Exhibit 5

```
G0000        TRANSACTION SUCCESSFULLY COMPLETED
```