UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                                          )
EDWARD J. MACKENZIE                       )    CRIMINAL ACTION NO.
    Petitioner                            )    13-10149-FDS
                                          )
v.                                        )
                                          )
UNITED STATES OF AMERICA                  )    AUGUST 19, 2024
    Respondent                            )
                                          )
```

### PETITION FOR IMMEDIATE TERMINATION OF SUPERVISED RELEASE PURSUANT TO THE FIRST STEP ACT, 18 U.S.C. §3583(e)(1) AND 28 U.S.C. §2243

### TO THE HONORABLE F. DENNIS SAYLOR, MAY IT PLEASE THE COURT:

NOW COMES THE PETITIONER, Edward J. Mackenzie, *pro se*, to ask the Honorable Judge F. Dennis Saylor for the immediate termination of his Supervised Release pursuant to 18 U.S.C. §3583(e)(1) and based on credits provided under the First Step Act, and this Court's inherent power under 28 U.S.C. §2243 to reduce a sentence of Supervised Release at any time based on the interests of justice. The Petitioner has served 24 Months of his 36 Months of Supervised Release and has at least 22 Months of Credits under the First Step Act among other credits available to him, therefore immediate termination of the remainder of Petitioner's Supervised Release is appropriate under this Court's power under the First Step Act and 18 U.S.C. § 3583 as well as 28 U.S.C. § 2243 as well as the Due Process Clause of the Constitution.

Respectfully submitted,

/ s / Edward J. Mackenzie
Edward J. Mackenzie
Petitioner, *pro se*
65 Backlund Drive
Brockton MA., 02302

**IMMEDIATE ORDER OF RELEASE REQUESTED PURSUANT TO 28 U.S.C. § 2243**

1